UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEILAH FELICIANO and LESLIE WILBANKS, on their own behalf and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, GENERAL MOTORS HOLDINGS LLC, and GENERAL MOTORS COMPANY,<br><br>　　　　　Defendants. | No. 1:14-cv-06374 (AT)<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS** |

　　　　PLEASE TAKE NOTICE that, upon the Declaration of Hayden A. Coleman and exhibits thereto, the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, and upon all prior proceedings, pleadings, and filings in this Action, Defendants, by their attorneys, Quinn Emanuel Urquhart & Sullivan, LLP, hereby move this Court for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Second Amended Complaint (ECF Dkt. No. 18), and for such other and further relief as this Court may deem just and proper.

Dated: November 28, 2014　　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP

　　　　　　　　　　　　　　　　/s/ Hayden A. Coleman
　　　　　　　　　　　　　　　　Mark Cheffo
　　　　　　　　　　　　　　　　Hayden A. Coleman
　　　　　　　　　　　　　　　　51 Madison Avenue, 22nd Floor
　　　　　　　　　　　　　　　　New York, New York 10010
　　　　　　　　　　　　　　　　Tel: (212) 849–7000
　　　　　　　　　　　　　　　　Fax: (212) 849–7100
　　　　　　　　　　　　　　　　Email: MarkCheffo@quinnemanuel.com
　　　　　　　　　　　　　　　　Email: HaydenColeman@quinnemanuel.com

　　　　　　　　　　　　　　　　*Attorneys for General Motors LLC, et al.*