UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEILAH FELICIANO, LESLIE WILBANKS, PATRICK MURPHY, and YULIA MILAVANAVA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, GENERAL MOTORS HOLDINGS LLC, and GENERAL MOTORS COMPANY,<br><br>Defendants. | No. 1:14-cv-06374 (AT)<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS** |

PLEASE TAKE NOTICE that, upon the Declaration of Hayden A. Coleman and exhibits thereto, the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, and upon all prior proceedings, pleadings, and filings in this Action, Defendants, by their attorneys, Quinn Emanuel Urquhart & Sullivan, LLP, hereby move this Court for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Third Amended Complaint (ECF Dkt. No. 36), and for such other and further relief as this Court may deem just and proper.

Dated: March 11, 2015    QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ Hayden A. Coleman
Mark S. Cheffo
Hayden A. Coleman
Guyon H. Knight
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849–7000
Fax: (212) 849–7100
Email: MarkCheffo@quinnemanuel.com
Email: HaydenColeman@quinnemanuel.com

*Attorneys for General Motors LLC, et al.*